JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEREMY JOHN STIERNS,<br><br>Defendant. | NO. CR12-022RSL<br><br>ORDER TO SEAL |

Having read the Agreed Restitution Schedule in the above-captioned case, which was filed under seal, and United States' Motion to Seal requesting that the Agreed Restitution Schedule be allowed to remain under seal,

It is hereby ORDERED that the Agreed Restitution Schedule in this matter shall remain sealed.

DATED this 23rd day of April, 2013.

*MM S Lasnik*

Robert S. Lasnik
United States District Judge

PRESENTED BY:

*s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

ORDER TO SEAL
CR12-022RSL   - 1-